8: 12 CR 139-T-23TGW

United States District Court

Middle District of Florida

Tampa, Division



## UNITED STATES MOTION FOR RULE

## TO SHOW CASUE AND INSTALLMENT AGREEMENT PAYMENT ORDER

There is no dispute that my payment history has been nothing short of sporadic; however there have been some circumstances surrounding the 'failure to pay'.

### MEMORANDUM OF LAW

I. Procedural History- The court did in fact order me to pay 10% of my net earnings, these payments would be paid in monthly installments, starting on my release from custody. I did make monthly payments while I was on supervised release. The court clearly stated that the amount to be paid towards my restitution is "equal to 10% of his net monthly income per month"; however the Government is not honoring this, by demanding that I pay 18.87% or $1300.00 per month.

A) Calculations and my current income- My current income is $120,000 per year, and zero commissions. The reason for this change was that I was promoted from sales to Sales Manager. My current position does not pay commission. (I have attached a month worth of paystubs for all to review, if the court so desires I

can also give the user name and password for my ADP to cross check and or verify)

B) B) Stipend- I do receive a stipend as per my paycheck (this is not taxable and not considered income as it is for reimbursable travel expenses)

C) Calculations- I would like either the court and or the Governments Attorney to calculate my restitution as per the original agreement of the court. My estimate of my restitution payments are as follows:

1) Attached is a calculation of one month's paycheck stubs, this covers the month of February, 2020.

| | |
|---|---|
| **Current Income Monthly (Gross)** | $ 10,000.00 |
| Current Taxes (Monthly) | $ (2,170.82) |
| Current 401K Contribution (Monthly) | $ (938.00) |
| Net Income of 10% | $ 6,891.18 |
| **10% of net Income** | $ 689.11 |

2) Insurance- Currently I do not have insurance coming out of my check; however this will be added in the next couple of months. Once this is added, I will send a copy of my paycheck stub to the Government so a recalculation can be done.

3) Separation- I currently cover my Wife's bills and living expenses as she is living in Florida and I am living in Texas. We are several months into a trial separation. I will let the Government know if this changes and there is an order or agreement from a court to my payments there. (I am not sure if this would reduce my

obligation to this order; however I will make the Government aware upon any order and or directive)

II.   Argument

A) I hereby have attached a valid check (Drawn on a US Bank) for $689.11 for my March 2020 payment. This is based on 10% of my net income as per the judgment.
B) I will immediately let the Government know if my income changes.
C) I will continue to make said monthly payments, with respect to the 10% if net income, as per the courts order

III: Contempt

A) I ask that the Court and the Honorable Judge not hold me in contempt. The Government has shown cause that payments have not been made, on time and moreover sporadic; however I am in disagreement in their calculations.
B) The judgement order clearly states "equal to 10% of his net monthly income per month" and the Government is 87% higher than the original directive.
C) I am requesting that the Government accept the calculations that I have provided or modify their original request (if my calculations are off) or have the Court issue a ruling on the **"equal to 10% of his net monthly income per month"** order.
D) My intention is to comply with the court; however I have had medical bills (do to my Wife's disabilities) and medical issues of my own. (I can provide documentation, if needed)

E) I am welcome to having the Governments Attorney call me, at (954)232-1378 or email me at reedermedicalplaza@gmail.com to see if we can settle this without the courts intervention.

I respectfully disagree with the Government's stance of the $1300.00 monthly payments. I would like the Governments Attorney to recalculate my income as per the court order. I also respectfully ask the court not to hold me in contempt as I wish to have this matter resolved between the Governments Attorney and myself. I live in Texas now, so if a court date is needed, I would like to have some notice as I would have to travel from Texas to Tampa.

Respectfully,

Francis C. Reeder