UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                              CASE NO. 8:12-cr-139-T-23TGW

FRANCIS CRAIG REEDER
_____/

ORDER

THIS CAUSE came on for consideration upon the United States' Motion for Rule to Show Cause and Installment Payment Order (Doc. 40).

The defendant represents in his response that he has paid his March 2020 payment of $689.11, which was 10% of his net income (Doc. 41, p. 3). Further, the defendant indicates that he "will continue to make said monthly payments, with respect to the 10% [of] net income" pursuant to the court's order (id.).

It is, therefore, upon consideration,

ORDERED:

That the United States' Motion for Rule to Show Cause and Installment Payment Order (Doc. 40) be, and the same is hereby, **DENIED without prejudice.**

DONE and ORDERED at Tampa, Florida, this 30th day of March 2020.

*[signature: Thomas G. Wilson]*

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE